FILED: August 10, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1188
(2:20-cv-03099-RMG)

THE TURTLE FACTORY BUILDING CORPORATION,

        Plaintiff - Appellee,

  v.

CBRE INC; CB RICHARD ELLIS CARMODY LLC, now known as CBB Real Estate LLC,

        Defendants - Appellants,

  and

MCGRATH REAL ESTATE HOLDINGS LLC,

        Defendant.

O R D E R

     CBRE, Inc., a Defendant in this civil case, seeks to appeal the district court's order remanding the action to state court. Turtle Factory Building Corporation has moved to dismiss the appeal on the ground that 28 U.S.C. § 1447(d) insulates the district court's remand order from review. Upon review of the parties' submissions and the district court's

order, we conclude that § 1447(d) prohibits appellate review of the order. Accordingly, we grant the motion to dismiss.

    Entered at the direction of the panel: Judge Thacker, Judge Richardson, and Senior Judge Shedd.

    For the Court

    /s/ Patricia S. Connor, Clerk